```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 10081
    CASSANDRA L WILLIAMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2747


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/18/2006 and was confirmed 10/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AFFORDABLE FURNITURE       SECURED              200.00         12.17        175.95
BELL GENERAL OFFICE CRED   UNSECURED           1187.38           .00           .00
CAR TOWN INC               UNSECURED           2524.80           .00           .00
CASH UNLIMITED             UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED           1906.60           .00           .00
COMCAST                    UNSECURED         NOT FILED           .00           .00
SBC/ ILLINOIS              UNSECURED         NOT FILED           .00           .00
SBC/ ILLINOIS              UNSECURED         NOT FILED           .00           .00
FIRST BANK                 UNSECURED            101.18           .00           .00
HARRIS BANK                UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED           .00           .00
IC SYSTEMS                 UNSECURED         NOT FILED           .00           .00
IQ TELECOM                 UNSECURED         NOT FILED           .00           .00
RIVER NORTH SAME DAY SUR   UNSECURED         NOT FILED           .00           .00
A ALL FINANCIAL INC        UNSECURED         NOT FILED           .00           .00
DIRECT TV                  UNSECURED         NOT FILED           .00           .00
LINEGARGER GOGGAN BLAIR    UNSECURED         NOT FILED           .00           .00
NATIONWIDE COMMERCIAL LP   UNSECURED            321.08           .00           .00
RADIOLOGY PHYSICIANS       UNSECURED         NOT FILED           .00           .00
RADIOLOGY PHYSICIANS       UNSECURED         NOT FILED           .00           .00
BLACK EXPRESSIONS          UNSECURED         NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED           4486.53           .00           .00
R & R COUNTRY MOTORS INC   UNSECURED         NOT FILED           .00           .00
R & R COUNTRY MOTORS INC   UNSECURED         NOT FILED           .00           .00
LINCOLN TOWING SERVICE I   UNSECURED         NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            381.13           .00           .00
SONIC PAYDAY               UNSECURED         NOT FILED           .00           .00
SURETY FINANCE             UNSECURED         NOT FILED           .00           .00
T-MOBILE USA               UNSECURED            669.45           .00           .00
PARAGON PARKWAY            UNSECURED            360.00           .00           .00
SOUTH SHORE EMERGENCY PH   UNSECURED         NOT FILED           .00           .00
UNITED COLLECTIONS         UNSECURED            726.00           .00           .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 10081 CASSANDRA L WILLIAMS
```

```
USA PAYDAY LOANS         UNSECURED       NOT FILED             .00              .00
ZALUTSKY & PINSKI LTD    UNSECURED          895.82             .00              .00
AFFORDABLE FURNITURE     UNSECURED          419.57             .00              .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT       20.00             .00            20.00
SOUTH SHORE EMERGENCY PH UNSECURED       NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,500.00                          1,813.63
TOM VAUGHN               TRUSTEE                                              138.25
DEBTOR REFUND            REFUND                                                  .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,160.00

PRIORITY                                          20.00
SECURED                                          175.95
    INTEREST                                      12.17
UNSECURED                                           .00
ADMINISTRATIVE                                 1,813.63
TRUSTEE COMPENSATION                             138.25
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                    2,160.00              2,160.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE